■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES OLIVER, Relator, against J. VERNEL JACKSON, as Warden of Clinton Prison, Defendant.— Application for a writ of habeas corpus. Application denied. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ OSWEGATCHIE LIGHT & POWER COMPANY, Plaintiff, v. NIAGARA MOHAWK POWER CORPORATION, Defendant.— Motion to dismiss appeal granted by consent and the order of preclusion is modified so as to permit service of the bill of particulars on or before May 21, 1956. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of FRED PARMALEE, Respondent, against IRVING HEATH et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, upon consent, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of LEILA PETERSON, Appellant, against ELECTRO METALLURGICAL Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE POOLE, Appellant.— Motion for reargument denied. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ. [See 1 A D 2d 918.]

■ In the Matter of the Claim of MARY ROCCO, Respondent, against WILLIAM E. HALSTEAD, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of FRANK SLEZAK, Appellant, against GENERAL ELECTRIC Co., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL JUNIOR WALKER, Appellant.— Motion for permission to prosecute appeal as a poor person. Motion denied on the ground that the moving papers do not indicate any meritorious grounds for appeal. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of JESSE WALLS, Respondent, against CARMELIA TANGI, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.